controversy of the complainant's patent. But we are of the opinion that the further evidence is not so cogent that the questions presented should be determined adversely to the complainant upon affidavits, with the result of depriving the complainant, upon a motion for a preliminary injunction, of the benefit of a prior adjudication in his favor after a strenuously contested litigation. The order is affirmed.

HARRISON NAT. BANK v. STERNE. (Circuit Court of Appeals, Eighth Circuit. January 27, 1899.) No. 1,098. In Error to the Circuit Court of the United States for the District of Kansas. Lewis A. Stebbins and Clinton J. Evans, for plaintiff in error. A. B. Quinton and E. S. Quinton, for defendant in error. Dismissed, with costs, as per stipulation.

HEISING v. ATWATER. (Circuit Court of Appeals, Eighth Circuit. January 3, 1899.) No. 1,112. In Error to. the Circuit Court of the United States for the District of Minnesota. William E. Hale and Charles A. Willard, for plaintiff in error. Edwin C. Garrigues, for defendant in error. Dismissed, without costs to either party in this court, per stipulation of. parties.

HEISING v. ATWATER. (Circuit Court of Appeals, Eighth Circuit. January 3, 1899.) No. 1,113. In Error to the Circuit Court of the United States for the District of Minnesota. William E. Hale and Charles Willard, for plaintiff in error. Edwin C. Garrigues, for defendant in error. Dismissed, without costs to either party in this court, per stipulation of parties.

INTERSTATE LOAN & TRUST CO. v. CRISSEY. (Circuit Court of Appeals, Eighth Circuit. January 18, 1899.) No. 1,189. In Error to the Circuit Court of the United States for the District of Kansas. T. A. Hurd, for plaintiff in error. Lewis A. Stebbins and Clinton J. Evans, for defendant in error. Dismissed, with costs, on motion of defendant in error, for failure of plaintiff in error to file briefs, pursuant to the twenty-fourth rule.

KILBOURNE v. BROWN. (Circuit Court of Appeals, Ninth Circuit. February 18, 1898.) No. 417. In Error to the Circuit Court of the United States for the District of Washington. John F. Dore and Humes &. Lysons, for plaintiff in error. L. C. Gilman, for defendant in error. No opinion. Dismissed for failure to print record, pursuant to the twenty-third rule.

LEITH v. THIRD NAT. BANK OF CHICAGO. (Circuit Court of Appeals, Seventh Circuit. May 2, 1898.) No. 379. In Error to the Circuit Court of the United States for the Northern District of Illinois. Norman Williams, Charles S. Holt, and Arthur D. Wheeler, for plaintiff in error. George L. Paddock and A. M. Pence, for defendant in error. Dismissed by agreement of counsel.

McHENRY et al. v. ALFORD et al. (Circuit Court of Appeals, Eighth Circuit. January 30, 1899.) No. 748. Appeal from the Circuit Court of the United States for the District of North Dakota. James B. Kerr, for appellants. Edgar